

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-23-00205-CV

_____

THE GUARDIANSHIP OF WILLIAM ALVIN MONCRIEF, III, AN
INCAPACITATED PERSON

---

On Appeal from Probate Court No. 1
Tarrant County, Texas
Trial Court No. 2021-GD00275-1-A

---

Before Kerr, J.; Sudderth, C.J.; and Birdwell, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellants' Unopposed Motion to Dismiss." We grant the motion, deny all other pending motions as moot, and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Each party must bear its own costs of appeal. *See* Tex. R. App. P. 42.1(d), 43.4.


Per Curiam

Delivered:  March 21, 2024